THE RAPID SAFETY FILTER Co., Respondent, *v.* SARAH J. Wyckoff, Appellant.

(City Court of New York, General Term, February, 1897.)

Replevin — Costs.

> In an action of replevin, where the plaintiff takes the goods, the verdict need not fix their value, but such value may be shown by affidavit for the purpose of taxing costs.

APPEAL from order directing a retaxation of costs.

Plaintiff commenced an action in replevin and took the goods. The jury awarded possession to it and fixed the damages at $25, but did not fix the value.

Plaintiff presented a bill of costs for one hundred and fifteen and ninety-one one-hundredths ($115.91) dollars.

Defendant objected to its taxation at that amount on the ground that under section 3228 of the Code, subdivision 2, no more than $25 could be taxed.

Plaintiff moved for a new taxation. Its motion was denied. On motion for reargument, which was granted, the justice reversed his former decision, and on the authority of Claflin v. Davidson, 53 N. Y. Super. Ct. 122, directed the clerk to retax on proof as to value in the form of affidavits.

A retaxation was had, and plaintiff presented an affidavit that the value was $100, and the full bill of costs was taxed.

This appeal is taken from the order directing a retaxation.

M. H. Oppenheim, for respondent.

A. G. N. Vermilya, for appellant.

*Per Curiam.* The clerk's final taxation was right. Claflin v. Davidson, 53 N. Y. Super. Ct. 122. So was the justice's order to retax the bill of costs. Code Civ. Pro., §§ 3264, 3265.

Order appealed from affirmed, with costs.

Present: FITZSIMONS, McCARTHY and CONLAN, JJ.

Order affirmed, with costs.